# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 418 WAL 2019
                                :
      Respondent               :
                                :
                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court
      v.                       :
                                :
                                :
JAMES BATTLE,                   :
                                :
      Petitioner               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.